No. 00–1491. JOHN DEERE INSURANCE CO. v. NUEVA ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–1842. STATOIL ASA v. HEEREMAC V. O. F. ET AL. C. A. 5th Cir. Certiorari denied.

No. 01–652. CUSTER COUNTY ACTION ASSN. ET AL. v. GARVEY, ADMINISTRATOR, FEDERAL AVIATION ADMINISTRATION, ET AL. C. A. 10th Cir. Certiorari denied.

No. 01–673. NEVADA v. FINGER. Sup. Ct. Nev. Certiorari denied.

No. 01–680. HALLMARK CARDS, INC. v. GROUP ONE, LTD. C. A. Fed. Cir. Certiorari denied.

No. 01–716. FELTNER v. COLUMBIA PICTURES TELEVISION, INC. C. A. 9th Cir. Certiorari denied.

No. 01–717. RIVERDALE MILLS CORP. v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 01–718. BARALT ET AL. v. NATIONWIDE MUTUAL INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 01–723. PENOBSCOT NATION ET AL. v. GEORGIA-PACIFIC CORP. ET AL. C. A. 1st Cir. Certiorari denied.

No. 01–726. HIPP ET AL. v. LIBERTY NATIONAL LIFE INSURANCE CO. C. A. 11th Cir. Certiorari denied.

No. 01–728. MOUNTAIN WEST HELICOPTERS, LLC v. TEXTRON, INC. C. A. 10th Cir. Certiorari denied.